```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE F05-0023--CR (TWH)
                              "USA V ROSE A. COLEMAN"
                              DEF 1.1 COLEMAN, ROSE A.

              Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
     Magistrate Judge:
               Filed: 05/11/05
              Closed: NO
 No. of Defendants: 1
    MJ Case Number:
                 AKA:
     Location status: Released on Own Recognizance
          Trial date:
          Terminated: NO
 Needs interpreter: NO
 Counsel of record: Mary Jane Haden
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 PLF 1.1 UNITED STATES OF AMERICA

 Counsel of record: J. Thomas Bartleson
                    Special Assistant U.S. Attorney
                    101 12th Avenue, Room 310
                    Box 2
                    Fairbanks, AK 99701
                    907-353-6554
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


 Counts re: DEF 1.1 COLEMAN, ROSE A.

 Document          Count      Citation and Description                              Disposition
 ─────────         ─────      ────────────────────────                              ───────────
     1 -   1 INF     1        18:13-7210 DWI                                        Pending
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE F05-0023--CR (TWH)
                              "USA V ROSE A. COLEMAN"

                               For all filing dates
```

```
  Presiding Judge:  The Honorable Terrance W. Hall, U.S. Magistrate Judge
  Magistrate Judge:
             Filed: 05/11/05
            Closed: NO
No. of Defendants: 1
```

| Document # | Filed    | Docket text |
|------------|----------|-------------|
| 1 - 1      | 05/11/05 | [Re: DEF 1] PLF 1 Information. |
| NOTE - 1   | 05/17/05 | Issued: summons |
| 2 - 1      | 05/17/05 | [Re: DEF 1] TWH Minute Order setting arraignment for Friday June 17,2005 at 10:00 a.m. cc: USA, USM, FPO, Judge Hall |
| 3 - 1      | 05/24/05 | Return of summons executed on 05/23/05 personally by U.S. Army Police. |
| 4 - 1      | 06/17/05 | [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause]. Arraignment on Information held 6-17-05. FPD accepted appointment. Pled not guilty to Ct 1 of the Information. Consent to proceed before MJ, Order Setting Conditions of Release, Order Regarding Preparation for Trial, and Financial Affidavit filed. Pretrial motions due 7-11-05. Trial date set for 8-11-05 at 9:00 a.m.. Discovery due 6-27-05. FPTC set for 8-4-05 at 9:00 a.m. cc: USA; USM; USPO; MJ Haden, FPD; MJ Hall. |
| 5 - 1      | 06/17/05 | DEF 1 Financial Affidavit. |
| 6 - 1      | 06/17/05 | [Re: DEF 1] TWH Order regarding preparation for trial. cc: USA; MJ Haden; MJ Hall. |
| 7 - 1      | 06/17/05 | DEF 1 Consent to Proceed Before Magistrate Judge. cc: USA; USM: USPO; MJ Haden, FPD; MJ Hall. |
| 8 - 1      | 06/17/05 | [Re: DEF 1] Order setting conditions of release. cc: USA; USM; USPO; MJ Haden; MJ Hall. |
| 9 - 1      | 07/11/05 | [Re: DEF 1] PLF 1 Notice of discovery confernce held 07/11/05. |
| 10 - 1     | 07/27/05 | DEF 1 motion on shortened time for nunc pro tunc order (effectuve 7-25-05) to modify conditions of release to allow for emergency travel outside of district. |
| 11 - 1     | 07/27/05 | [Re: DEF 1] TWH Order granting motion on shortened time for nunc pro tunc (to 7-25-05) order to modify conditions of release (10-1). |
| 12 - 1     | 08/02/05 | DEF 1 Notice of intent to change plea/request for FPTC be vacated cc: cnsl,MJ Hall, FPO, USM |
| 13 - 1     | 08/03/05 | [Re: DEF 1] TWH Minute Order from chambers setting a proposed change of plea hearing for 08/11/05 at 9:00 a.m. and the FPTC set for 08/04/05 is VACATED cc: cnsl, MJ Hall, USM, FPO |
| 14 - 1     | 08/08/05 | DEF 1 Unopposed motion on shortened time to vacate PCOP set for 08/11/05 and reset for atime after 08/17/05. |
| 15 - 1     | 08/09/05 | [Re: DEF 1] TWH Order granting motion Unopposed motion on shortened time to vacate PCOP set for 08/11/05 (14-1). PCOP reset for 09/08/05 at 10:00 a.m. cc; Bartleson, Haden, FPO, USM |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE F05-0023--CR (TWH)
                              "USA V ROSE A. COLEMAN"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 08/12/05 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 17 - 1 | 09/08/05 | [Re: DEF 1] TWH Court Minutes [ECR: Tina Grothause]. Change of Plea hearing held 9-8-05. Defendant pled guilty to Ct 1 of the Information. IOS set for 1-5-06 at 9:00 a.m. in Fairbanks.  cc: USA; USM; USPO; MJ Haden, FPD; MJ Hall. |