```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs.   ROSE COLEMAN            CASE NO.  F05-0023 CR (TWH
Defendant: X Present    __In Custody   __On Bond

BEFORE THE HONORABLE:       TERRANCE W. HALL

DEPUTY CLERK/RECORDER:      MISTY DAVENPORT

UNITED STATES' ATTORNEY:  J. THOMAS BARTLESON

DEFENDANT'S ATTORNEY:       M.J. HADEN

U.S.P.O.:                   MARCI LUNDGREN

PROCEEDINGS: IMPOSITION OF SENTENCE    Held: 01/05/06
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:01 a.m. court convened.

 X Notice of Appeal form given to defendant/defense counsel.

 X Court stated findings/reasons pursuant to sentencing
guidelines.

 X Sentence imposed as stated in the judgment.

At 9:28 a.m. court adjourned.
```

DATE: 01/06/06                DEPUTY CLERK'S INITIALS:   MLD